**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

ANDRES SANCHEZ, *individually and on behalf of others similarly situated*,

                    *Plaintiff*,

         -against-

12 CHAIRS BYN, LLC (d/b/a 12 CHAIRS),
RON KEREN (a.k.a RON KEEREN),
RONEN GRADY and MAYAAN GLASS,

                    *Defendants,*

-------------------------------------------------------X

Civil Action No. **1:25-cv-01751**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Andreas Koutsoudakis
        Davidoff Hutcher & Citron LLP
        605 Third Avenue
        New York, NY 10158
        212.557.7200
        aak@dhclegal.com
        *Attorneys for Defendants*

      PLEASE TAKE NOTICE that Plaintiff ANDRES SANCHEZ, hereby accepts the offer of judgment made by Defendant 12 CHAIRS BYN, LLC (d/b/a 12 CHAIRS), pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated February 5, 2026. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
          February 12, 2026

                                          Jesse S Barton, Esq.
                                          Michael Faillace & Associates, P.C.
                                          60 East 42nd Street, Suite 4510
                                          New York, NY 10165
                                          (212) 317-1200
                                          *Attorneys for Plaintiff*